IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-40904
Summary Calendar
_____

BRENDA S. SHELTON,

                                        Plaintiff-Appellant,

                        versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court
for the Eastern District of Texas
(6:95-CV-1005)
_____

July 9, 1998

Before JONES, SMITH, and STEWART, Circuit Judges.

PER CURIAM:[*]

        Brenda S. Shelton appeals from the district court's
decision in favor of the Commissioner which denied disability
benefits.  Shelton argues that the Commissioner's decision is not
supported by substantial evidence and that the Commissioner failed
to consider the opinion of her treating physician and erred by not
requiring the testimony of a vocational expert.  We have reviewed

_____

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the record and the briefs of the parties and find no error in the district court's determination.

AFFIRMED.